JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORGE PENA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JORGE PENA, et al,<br><br>　　　　Defendants. | No. CR. S-09-0487 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Judge:  Honorable Frank C. Damrell, Jr. |

　　　IT IS HEREBY stipulated between the United States of America through its counsel, Carolyn K. Delaney, Assistant United States Attorney, together with counsel for defendant Jorge Pena, John R. Manning, Esq., counsel for defendant Etta Velarde, Carl E. Larson, Esq., and counsel for defendant Michael Casey, Michael Petrik, Jr., Esq., that the status conference presently set for November 8, 2010 be **continued to December 13, 2010, at 10:00 a.m**.

　　　Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically the defense would like more time to conduct investigation.), and agree to exclude time from November 8, 2010, until the date of the status conference, December 13, 2010.

///

1

IT IS SO STIPULATED.

Dated: November 3, 2010 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jorge Pena

Dated: November 3, 2010 /s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
Etta Velarde

Dated: November 3, 2010 /s/ Michael Petrik, Jr.
MICHAEL PETRIK, JR.
Attorney for Defendant
Michael Casey

Dated: November 3, 2010 Benjamin B. Wagner
United States Attorney

by: /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
Assistant U.S. Attorney

**IT IS SO ORDERED**.

Dated: November 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE