BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-09-487 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ETTA SANDERS VELARDE, | ) | STIPULATION AND ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and her counsel that the status conference currently set for Monday, May 2, 2011, should be vacated; and a further status conference should be scheduled for Monday, August 1, 2011.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 1, 2011, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation.  The Court specifically finds

1

that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: May 2, 2011                    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      U.S. Attorney

                                      /s/ Carolyn K. Delaney

                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney

Dated: May 2, 2011                    /s/ Carl Larson

                                      CARL LARSON
                                      Attorney for
                                      ETTA SANDERS VELARDE

### ORDER

**IT IS HEREBY ORDERED**:    That the status conference set for May 2, 2011 is VACATED; and a further status conference for August 1, 2011 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and August 1, 2011, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: May 2, 2011

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE