BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR.S. 09-0487 FCD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| ETTA SANDERS VELARDE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     IT IS HEREBY ORDERED that the above-captioned Indictment be dismissed as to this defendant.

Dated: July 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1